1  THOMAS E. WINNER
   Nevada Bar No. 5168
2  LARA L. MILLER
   Nevada Bar No. 12618
3  WINNER BOOZE & ZARCONE
   1117 South Rancho Drive
4  Las Vegas, Nevada 89102
   Phone (702) 243-7000
5  Facsimile (702) 243-7059
   twinner@winnerfirm.com
6  lmiller@winnerfirm.com

7  Attorneys for Defendant
   GEICO Casualty Company

8
                    UNITED STATES DISTRICT COURT
9
                          DISTRICT OF NEVADA
10

11  SIDDHARTH JHAVERI, an individual,        CASE NO.: 2:21-cv-01356-JAD-NJK
                                             DEPT. NO.:
12          Pliantiff,

13  vs.                                      **STIPULATION AND ORDER TO
                                             DISMISS WITH PREJUDICE**
14  GEICO CASUALTY COMPANY, a Foreign
    Corporation; DOES I-X, inclusive; ROE        ECF No. 18
15  CORPORATIONS I-X, inclusive,

16          Defendants.

17
        IT IS HEREBY STIPULATED by and between Brice Crafton of the law firm of Deaver &
18
    Crafton, attorneys for the Plaintiff, SIDDHARTH JHAVERI, and Thomas E. Winner and Lara L.
19
    Miller of the law firm of Winner, Booze & Zarcone, attorneys for Defendant, GEICO CASUALTY
20
    COMPANY that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear
21
    their own costs and attorney's fees.
22
        IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced
23
    matter.
24
    / / /
25
    / / /
26
    / / /
27
    / / /
28

                                    Page 1 of 3
    STIP AND ORDER FOR DISMISSAL.docx

1       IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above

2  referenced matter.

3       DATED this _____ day of April, 2022.

4

5                  WINNER BOOZE & ZARCONE

6

7                  _____

8                  Thomas E. Winner
                    Nevada Bar No. 5168

9                  Lara L. Miller
                    Nevada Bar No. 12618

10                1117 South Rancho Drive
                    Las Vegas, Nevada 89102

11                Attorneys for Defendant

12  DATED this ___10___ day of ~~April~~ May, 2022.

13

14

15                  DEAVER & CRAFTON

16

17                  _____
                  Brice Crafton

18                Nevada Bar No. 10558
                  810 East Charleston Blvd.

19                Las Vegas, NV 89104
                  Attorneys for Plaintiff

20

21

22

23

24

25

26

27

28

STIP AND ORDER FOR DISMISSAL.docx

WINNER BOOZE & ZARCONE

1    IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above

2    referenced matter.

3    DATED this <u>11TH</u> day of ~~April,~~ May 2022.

4

5                                                WINNER BOOZE & ZARCONE

6

7                                                _____

8                                                Thomas E. Winner
                                                 Nevada Bar No. 5168
9                                                Lara L. Miller
                                                 Nevada Bar No. 12618
10                                               1117 South Rancho Drive
                                                 Las Vegas, Nevada 89102
11                                               Attorneys for Defendant

12   DATED this <u>10</u> day of ~~April,~~ May 2022.

13

14

15                                               DEAVER & CRAFTON

16

17                                               _____
                                                 Brice Crafton
18                                               Nevada Bar No. 10558
                                                 810 East Charleston Blvd.
19                                               Las Vegas, NV 89104
                                                 Attorneys for Plaintiff

20

21

22

23

24

25

26

27

28

STIP AND ORDER FOR DISMISSAL.docx

WINNER BOOZE & ZARCONE
A NEVADA LAW FIRM

1

ORDER

2      Upon Stipulation by counsel for the parties, and good cause appearing therefore,

3      IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and

4  each party to bear their own costs and attorney's fees; and,

5      The Clerk of Court is directed to CLOSE THIS CASE.

6

7                                    _____
                                     U.S. District Judge Jennifer A. Dorsey
8                                    Dated: May 16, 2022

9

10

11

12

13

14

15  Submitted by:

16  WINNER BOOZE & ZARCONE, LTD.

17

18  _____
    Thomas E. Winner
19  Nevada Bar No. 5168
    Lara L. Miller
20  Nevada Bar No. 12618
    1117 South Rancho Drive
21  Las Vegas, Nevada 89102
    Attorneys for Defendant
22
    Case No.: 2:21-cv-01356-JAD-NJK
23

24

25

26

27

28